UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00136-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NEIL PETTIGREW,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, June 19, 2006,** and responses to these motions shall be filed by **Wednesday, June 28, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, July 5, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a five-day jury trial is set to commence **Monday, July 10, 2006**.  It is

    FURTHER ORDERED that Defendant's Unopposed Motion to Vacate and Reset Trial Date, filed May 3, 2006 (docket #17), is **DENIED AS MOOT.**

Dated: May 12, 2006

>BY THE COURT:
>
>s/ Wiley Y. Daniel
>Wiley Y. Daniel
>U. S. District Judge