UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00136-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. NEIL LEROY PETTIGREW,

     Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set for **Monday, October 4, 2010 at 4:00 p.m.**

     Dated: September 17, 2010