**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.   06-CR-00136-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. NEIL PETTIGREW,**

**Defendant.**

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the supervising Probation Officer, Erika Coster;

**IT IS HEREBY ORDERED** that this matter be set for a Compliance Review Hearing on Defendant's Supervised Release on April 27, 2011 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado. Failure of the Defendant to appear on that date and time will result in a warrant being issued for his arrest.

**DATED: April 25, 2011.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**