UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00136-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NEIL PETTIGREW,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Supervised Release violation hearing shall take place on **Tuesday, November 22, 2011, at 3:30 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

      Dated:  October 3, 2011